August 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GREATER HOUSTON GERMAN SHEPHERD DOG RESCUE, INC., Appellant

NO. 14-13-00240-CV                              V.

LYDIA LIRA AND ALFONSO LIRA, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Lydia Lira and Alfonso Lira, signed February 27, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED**, and **RENDER** judgment that appellees take nothing, and **REMAND** the cause to the trial court for further proceedings consistent with the court's opinion, including an appropriate order restoring possession of the dog to appellant, Greater Houston German Shepherd Dog Rescue, Inc.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, Lydia Lira and Alfonso Lira.

We further order this decision certified below for observance.